1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951

5  ATTORNEY FOR DEFENDANT
   CALVIN TRUONG

8  IN THE UNITED STATES DISTRICT COURT FOR THE

9  EASTERN DISTRICT OF CALIFORNIA

11 UNIFIED STATES OF AMERICA,        )    CR.-S-08-342-MCE
                                     )
12      PLAINTIFF,                   )    STIPULATION AND ORDER
                                     )    EXTENDING TIME TO
13      v.                           )    FILE PRE-TRIAL RELEASE
                                     )    DOCUMENTS
14 CALVIN TRUONG, et al.,            )
                                     )
15      DEFENDANT.                   )
   _____    )

   On July 16, 2008, the defendant, CALVIN TRUONG, made his first appearance in this Court. At that time the Court ordered him detained without prejudice. (See Docket Entry #4 ) The defense filed a Motion for Bail Review on July 22, 2008, to be heard on July 22, 2008. (See Docket Entry # 16).

   On July 22, 2008, the Court released the defendant, CALVIN TRUONG, on a $200,000 secured bond on conditions stated on the record and ordered the defendant be released under the conditions that a $200,000 unsecured bond be signed by the defendant, CALVIN TRUONG, and co-signed by his aunt, Jamie Jacinto, pending the filing of the secured bond documents on August 15, 2008. (See Docket Entry # 18).

   The defense has forwarded to the government both the Title documents and the Appraisal documents for their review. On Friday, August 15, 2008, the government finished their review of all the documents and informed the defense all the documents

1

1 were in order. Since the property is out of County (Santa Clara County) the defense
2 needs a reasonable amount of time to have the Deed of Trust Notarized, then file the
3 Deed of trust in Santa Clara County, then file a filed copy of the filed Deed of Trust
4 with the Clerk of this Court.
5     This was discussed with the government and the government agreed that a two
6 (2) week extension of time was reasonable to allow the filing of the secured bond
7 documents.
8     Therefore, it is agreed and stipulated between the parties by their respective
9 counsel, Ms. Jill Thomas for the United States and Mr. James R. Greiner for
10 defendant Sheryl Hayden, that the defense may have to on or before Friday, August
11 8, 2008, to file the documents necessary for the $150,000 secured appearance bond in
12 this case.
13     Respectfully submitted,

14     McGREGOR W. SCOTT
    UNITED STATES ATTORNEY
15
16 DATED: 8-15-08     /s/ JILL THOMAS  by phone authorization
    _____
17     JILL THOMAS
    Assistant United States Attorney
    Attorney for the Plaintiff
18
19     /s/ James R. Greiner
DATED: 8-15-08     _____
20     JAMES R. GREINER
    Attorney for defendant SHERYL HAYDEN
21
22
23
24     FOR GOOD CAUSE SHOWN
25     IT IS HEREBY ORDERED that defendant, CALVIN TRUONG, shall have to
26 on or before Friday, August 29, 2008, to file with the Court the necessary documents
27 to secure the $200,000 appearance bond and that the defendant shall remain out of
28 custody with the unsecured $200,000 appearance bond previously filed with the

Court until the filing of the documents necessary for the $200,000 secured appearance bond.

IT IS SO ORDERED.

DATED: August 18, 2008.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/truong0342.stipord