**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
CALVIN TRUONG

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> CALVIN TRUONG, et al., ) <br> ) <br> ) <br> ) <br> DEFENDANTS. ) <br> ) <br> _____ ) | CR-S.NO.S-08-0342-MCE <br><br> STIPULATION AND <br> ORDER MODIFYING PRE-TRAIL <br> RELEASE CONDITIONS |

The parties to this action, the United States of America represented by Ms. Jill Thomas, and the defendant, Calvin Truong[1] represented by Mr. James R. Greiner, along with pre-trial services officer, Ms. Beth Baker, all agree and stipulate that the defendant's pre-trial release conditions can and should be modified as follows:

> "You shall participate in program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. All other pretrial release conditions to remain in full force and effect."

---

[1] Defense counsel has spoken to the defendant about these modifications to the pretrial release and the defendant is willing to abide by the new modification.

1

Respectfully submitted,

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ Jill M. Thomas by in person authorization

DATED: 4-22-11

_____
Jill M. Thomas
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 4-22-11

/s/ JAMES R. GREINER
_____
JAMES R. GREINER
ATTORNEY FOR DEFENDANT
CALVIN TRUONG

## ORDER

Based upon the agreement of the parties to this case, along with the agreement of pretrial services, the pretrial release conditions for defendant CALVIN TRUONG shall be modified as follows:

"You shall participate in program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. All other pretrial release conditions to remain in full force and effect."

**IT IS SO ORDERED.**

DATED: April 22, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2