1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE: (916) 649-2006
4  FAX: (916) 920-7951

5  ATTORNEY FOR DEFENDANT
   CALVIN TRUONG

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-cr-00342-MCE |
| PLAINTIFF, ) | STIPULATION AND AGREEMENT |
| v. ) | BY THE PARTIES THAT PROBATION DO A PRE-PLEA INVESTIGATION |
| THAU CAM, et al., ) | REPORT INCLUDING A DETERMINATION OF THE |
| DEFENDANTS. ) | DEFENDANT'S CRIMINAL HISTORY |

Plaintiff United States of America, by its counsel, Assistant United States Attorneys, Ms. Jill M. Thomas, and defendant CALVIN TRUONG, by his attorney James R. Greiner, hereby jointly request and stipulate that this Court may sign the Proposed Order, Ordering Probation to prepare a full and complete pre-plea investigation including, but not limited to, a criminal History background investigation to determine the defendant's criminal history level.

Respectfully submitted,

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ Jill M. Thomas by in person authorization

DATED: 8-24-11  _____
Jill M. Thomas
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

1

DATED: 8-24-11          /s/ James R. Greiner
_____
James R. Greiner
Attorney for Defendant  CALVIN TRUONG

## ORDER

Based upon the representations of counsel, the record in this case, and the agreements and stipulations between counsel in the case, and that

The parties agree and stipulate that this Court may make the requested Order:

It is hereby Ordered that the Probation Department prepare a full and complete pre-plea investigation including, but not limited to, a criminal History background investigation to determine the defendant's criminal history level.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: September 1, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2