1  **JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
4  FAX: (916) 920-7951

5  ATTORNEY FOR DEFENDANT
CALVIN TRUONG

6

7           IN THE UNITED STATES DISTRICT COURT FOR THE

8                EASTERN DISTRICT OF CALIFORNIA

9
UNITED STATES OF AMERICA,      )      Case No. 2:08-cr-00342-MCE
10                                )
         PLAINTIFF,               )      STIPULATION AND AGREEMENT
11                                )      BY THE PARTIES TO RESET THE
         v.                       )      PRE-SENTENCE PROBATION REPORT
12                                )      DATES AND JUDGMENT AND
THAU CAM, et al.,                )      SENTENCING DATES
13                                )
                                  )
14       DEFENDANTS.              )
   _____)
15

16        Plaintiff United States of America, by its counsel, Assistant United States

17  Attorneys, Ms. Jill M. Thomas, and defendant CALVIN TRUONG,  by his attorney

18  James R. Greiner,  hereby jointly request and stipulate to the following schedule of

19  dates for the advisory pre-sentence probation investigation report as follows:

20

21           Probation report due on or before            June 28, 2012

22           Defense/Government objections due             July 19, 2012

23           Final Probation Report due to Court           August 16, 2012

24           Formal Objections filed with the Court                  August 23,

25                                                                    2012

26           Reply/Sentencing Memorandum                              August 30,

27                                                                    2012

28                                        1

Judgment and Sentencing                                September 6, 2012

The probation department has been apprised of these dates and has no objection to these dates.

Respectfully submitted,

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ Jill M. Thomas by e mail authorization

DATED: 5-1-11

Jill M. Thomas
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 5-1-11                      /s/ James R. Greiner

James R. Greiner
Attorney for Defendant  CALVIN TRUONG

///
///
///
///

2

## ORDER

Based upon the representations of counsel, the record in this case, and the agreements and stipulations between counsel in the case, and that

The parties agree and stipulate that this Court may make the requested Order:

It is hereby Ordered that the advisory pre-sentence investigative report schedule is modified as follows:

| | |
|---|---|
| Probation report due on or before | June 28, 2012 |
| Defense/Government objections due | July 19, 2012 |
| Final Probation Report due to Court | August 16, 2012 |
| Formal Objections filed with the Court | August 23, 2012 |
| Reply/Sentencing Memorandum | August 30, 2012 |
| Judgment and Sentencing | September 6, 2012 |

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated:  May 3, 2012

_____

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3