JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
CALVIN TRUONG

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, ) | CR.NO.S-08-342--MCE |
|---|---|
| ) | |
| PLAINTIFF, ) | REQUEST FOR |
| ) | EXONERATION OF BAIL |
| v.  ) | AND PROPOSED ORDER |
| ) | |
| CALVIN TRUONG ) | |
| ) | |
| DEFENDANT. ) | |
| _____ ) | |

On July 22, 2008, United States Magistrate Judge Edmund F. Brennan, released defendant, Calvin Truong, on the posting of $200,000 unsecured bail (Docket # 18 and 36).

On September 13, 2012, defendant Calvin Truong was sentenced to 87 months in federal prison with the Judgment and Commitment filed on September 24, 2012. (See Docket # 355 and 359).

Defendant Calvin Truong requests that bail in his case be exonerated.

Request for exoneration of Bail—Calvin Troung- 1

**ORDER**

On July 22, 2008, Defendant Calvin Truong was released pursuant to an interim $200,000.00 unsecured bond, co-signed by his aunt, pending the filing of a $200,000.00 secured bond. ECF Nos. 18, 35, 36. The docket reflects that after receiving an extension of time to file the secured bond, ECF No. 71, on October 6, 2008, a deed of trust was posted for Defendant by Son Bihn Nguyen and Mimi Tran. ECF No. 95. On September 13, 2012, the Court sentenced Defendant to 87 months in custody and granted Defendant's motion to exonerate bail. ECF No. 355. The docket does not, however, reflect a return of collateral. Accordingly, Defendant's Request for Exoneration of Bail is granted, bail is exonerated, and the Clerk of the Court is directed to reconvey to the appropriate surety or sureties.

IT IS SO ORDERED.

Dated:  January 15, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT